82

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

1. Ali Musaid Muthana, et.al.,
2. Mikel Smith
3. Robert Bosse
4. Joshua Paradjen
5. See Attached page please

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

1. Jodi DeAngelo, et.al.,
2. Zarle Phillips
3. J. Gonzalez
4. Frye
5. Powers
6. McCowan
7. Howell
8. See Attached page please

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 2:23-cv-12255
Assigned To : Steeh, George Caram
Referral Judge: Grand, David R.
Assign. Date : 9/1/2023
Description: PRIS MUTHANA ET AL
V. DEANGELO ET AL (DJ)

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

POOR QUALITY ORIGINAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Ali Musaid Muthana, et. al.,
                Plaintiff's,

V.

Jodi DeAngelo, et. al.,
                Defendant's,

## NEW VERIFIED COMPLAINT

## JURY TRIAL DEMANDED

## PRELIMINARY STATEMENT

This is a civil Rights action filed by Ali Musaid Muthana, a state Prisoner, For damages and declaratory Relief under 42 U.S.C § 1983, alleging Cruel and unusual Punishment, in violation of the Eighth Amendment of the United states Constitution.

## JURISDICTION

1. the Court has Jurisdiction over the Plaintiff's claims of violations of federal Constitutional Rights under 42 USC §§ 1331 (a) and 1343.

Page 1 of 2

# PARTIES

2. The Plaintiff's, Ali Musaid Muthana, et. al., Is Currently Incarcerated at Woodland Center Correctional Facility, Mental Health hospital, a Facility operated by the Michigan Department of Corrections (MDOC) He and all Plaintiff's Was and has been Incarcerated at this correctional Facility during all times giving Rise to the Current Action.

3. Defendant's Jodi DeAngelo, Warden and all the Defendant's Is Named and Sued In this Complaint the are Employees of the Michigan Department of Correction (MDOC).

Ali Musaid Muthana
Woodland Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

Date 8 / 28 / 2023

Page 2 of 2

## Attached Pag # 1
## of Plaintiff's Who Filing
## this Complaint

5. Richard Miles
6. Marcus Kragness
7. Joseph Weiss
8. Doney Nichols
9. Eli Alaneder
10. James Whorton
11. Pine
12. Mayo
13. Gunn
14. kyle Stone
15. Travis Bottrall
16. Anthony Thomas
17. tyler Smith

1-of-1

## Attached page # 1
### To Defandant's Who is being
### sued In this Complaint

8. Hardy
9. C. Coon
10. church
11. Mcclain
12. Hunter
13. tipa
14. Du. Jones

1- of- 1

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name ___Ali MUSaid MUthana___

All other names by which you have been known:

___N/A___
___N/A___

ID Number ___283046___

Current Institution ___Woodland Center Corr. Facility___

Address ___9036 East M-36___
___WhitMore Lak, MI 48189___

___See Attached Page Please___

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name ___Jodi DeAngelo___

Job or Title (if known) ___warden___

Shield Number ___unknown___

Employer ___M.D.O.C.  W.C.C. Prison___

Address ___9036 East M36___
___WhitMore Lake, MI 48189___

[✓] Individual capacity          [✓] Official capacity

___See Attached Page Please !___

2

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

Name: Zarie Phillips,
Job or Title (if known): Correctiona official
Shield Number: unknown
Employer: Mich. Depart. of Correction's
Address: 9036 East M-36
Whitmore Lake, MI 48189

☑ Individual capacity     ☑ Official capacity

Defendant No. 3

Name: J. Gonzalez,
Job or Title (if known): Correctional official
Shield Number: Unknown
Employer: Mich. Depart. of Correction's
Address: 9036 East M-36
Withtmore Lake, MI 48189

☑ Individual capacity     ☑ Official capacity

Defendant No. 4

Name: Frye, First name unknown.
Job or Title (if known): Correctiona official
Shield Number: Unknown
Employer: Mich. Depart. of Correction's
Address: 9036 East M-36
Whitmore Lake, MI 48189

☑ Individual capacity     ☑ Official capacity

See Attached Page Please

3

Attached page to plaintiffs

A. The plaintiff (s), NaMes, and address Who NaMed in this Complaint

1. NaMe: Mike smith, # 750337
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

2. NaMe: Robert Bosse # 57936a
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

3. NaMe: Joshua Paradine
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

4. NaMe: Richard Miles # 690831
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

5. NaMe: Marcus Kragness # 435118
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

Page 1-of-2

6. Name: Joseph Weiss # ?
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

7. Name: Doney Nichols # ?
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

8. Eli Alaneder # ?
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

9. Name: James Whorton # ?
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

10. Pine ..... # ?
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

11. Name: Mayo, ....... # ?
Address: Woodland Center Corr. Facility
9036 East M-36
Whitmore Lake, MI 48189

12. NAME: Gunn...... #?
Address: Woodland Center Corr. Facility
9036 East M-36
WhitMore Lake, MI 48189

13. NAME: Kyle Stone #?
Address: Woodland Center Corr. Facility
9036 East M-36
WhitMore Lake, MI 48189

14. NAME: Travis Bottroll #?
Address: Woodland Center Corr. Facility
9036 East M-36
WhitMore Lake, MI 48189

15. NAME: Anthony thomas #?
Address: Woodland Center Corr. Facility
9036 East M-36
WhitMore Lake, MI 48189

16. NAME: tyler Smith #?
Address: Woodland Center Corr. Facility
9036 East M-36
WhitMore Lake, MI 48189

Page 3-of-3

**B.** The Defendants,                Attached page to the
                    Deffendant's, For them name Job or title
                    Employer, and them Addresses...!

**1.** Defendant No. 5, Powers
Job. or title, Correctional officer
Employer, Michigan Departement of Correction's
Address, 9036 East M-36
Whitmore Lake, MI 48189

**2.** Defendant No. 6 Name: Moccwan
Job or title, Corectional officer.
Employer, Michigan Department of Correction's
Address, 9036 East M-36
Withtmore Lake, MI 48189

**3.** Defendant No. 7 Name: Howell
Job. or title, Correctional officer
Employer, Michigan Department of Correction's
Address, 9036 East M-36
Whitmore Lake, MI 48189

**4.** Defendant No. 8 Name: Hardy
Job or title, Correctional officer
Employer, Michigan Department of Correction's
Address, 9036 East M-36
Whitmore Lake, MI 48189

Page 1- of -3

5. Defendant No. 9  Name: C. Coon
Job or title, Correctional officer
Employer, michigan Department of Corrections
Address, 9036 East M-36
Whitmore Lake, MI 48189

6. Defendant No. 10  Name: Church
Job or title, Lieutenant
Employer, Michigan Department of Corrections
Address, 9036 East M-36
Whitmore Lake, MI 48189

7. Defendant No. 11  Name: Micclain
Job or title, lieutenant
Employer, Michigan Department of Corrections
Address, 9036 East M-36
Whitmore Lake, MI 48189

8. Defendant No 12  Name: Hunter
Job or title, Correctional officer
Employer, Michigan Department of Corrections
Address, 9036 East M-36
Whitmore Lake, MI 48189

9. Defendant No. 13 Name: tipa
Job or title, Captain
Employer, Michigan Department of Corrections

page 2-of-3

10. Defendant No. 14 Name: Du. Jones
Job or title, Correctional officer
Employer, Michigan Department of Corrections
Address, 9036 East M-36
Whitmore Lake, MI 48189


11. I am Bringing this Complaint against all the

Defendant's For them In their individul capa-
city and official Capacity, Meant Both cap-
acity's

THANK YOU

SOMuch




Respectfully
Submitted

Ali M. Muthana

Date. 8/28/2023

page 3-of-3

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☑  State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

the state Prison staff of Woodland Correctional Facility, at the Mental health hospital is Violated our Eighth Amendment of the U.S. Constitutional by using Excessive Force against Mentally ill prisoners. and caused us Pain and suffering, and that Is Cruel and Unusual Punishment, they spilled our Blood and Broked our bones, and other many Mistreatment and abuses, against Mentally ill prisoners.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?  N/A

4

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

the Correctional officials at Woodland Center com. Facility, using them officials power to Mistreat the Mentally ill Prisoners, and, we seriously Mentally ill, and treated with Punitive Measures by Custody staff's, and We Giet Punished as a Result of our Mental illness and the Custody staff's, and I Mean all the Defendants used them Power to Make us suffer under them authority, I don't know If I Answered this Section D. the Right way You want Me to do so, but I will Explain More In the Statement of Claim What Each Defendant's Done to Us and to Many other Mentally ill Prisoners, at the Mental health hospital.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____ N|A _____

## IV.  Statement of Claim  See Attached pages please

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

# STATEMENT OF CLAIM

**A.** Defendant No. 1 Jodi DeAngelo, Warden.

We usualy have Good Mental health Facility, under Warden Reggenbach, but while Warden DeAngelo, took this Mental health Facility about 8 years ago she changed to War Zone and Blood shed and Pain and suffering. In the First three Months she ordered the officers to Beat up one Prisoner his Name I Davis, they Beat him so Badly they Kicked him In the head Face and all over his body and Beat him up With Glass or With Plastic Glass Shiel, and they Recorded the Beat of This inmate with the hand hold camera, they Beat him until he pass out, and she told the officers or Who ever to Post the Beat up of this inmate In the computer, and the officers keep call us to the Glass window and some to the officers station Door, and told us come on Guys come watch this, and the show us how they Beat up this Prisoner, and they states This what will be happen to you crazy B.... We have New warden here and this how We Gonna beat your crazy A..... If you will do anything stupid, and they Just start beating us up since the three Months she took this Facility. She imposed on us Rule that We never have or shall have, she allow her officers to Beat us When We are on the top of the bed In 5 Point Restraints and other Restraints that she Emposed on us that We never have before or We shall have. see next page.

1-of-11

She ordered For us Cages In the shower and In the Pod's and they Beat us up and throwed us In the Shower Cage up to 15 hour's, when we are In the hand Cuff's Into the Back and the hand Cuff's I tied on us to the bone, and she order- ed her officer to take our Mattresses For Months and let us sleep on the Concrete with Just the suicidal Gown, and Most the time with nothing, the shut off the heat while Is Freezing out side and Freez us Inside our Cell's with out nothing For week's, and they keep Beat us up they Broked our arm, neck, Jaw and noses, and Mess up our Fa- Ces, and Broked our Ribs, some of us sent to the hospi- tali to Put our arm Back together with surgery, and stit- ches our Faces and Put our Meat Back together, and Ma- ney of us suffering with out any Medical help or trea- tMent, she allow her officers have Control over heal- th Care and Mental health, We Just Get treatMent If the officers say so, I have saw Many Prisoners suffer Fr- om Medical Condition so Badly, and I'am one of these Prisoners I almost Die From My heart Condition, She allow her officer to take our Food and Medication's and Make us suffer, For My self they took From Me My heart Medications Many time Which I Can-not be alive with out My Meds More then three Days I will have he- art attack or Die with out My Meds.

I have wrote Many Complaints and Grievances with out any Respond From the warden, and all My Grievances Get Denied By the warden and her staffs, and I has se- nt Complain to Lansing to ObudsMan, and to every one ab- out this Matter with out any Respond.

2-of-11

**B.**

Defendant No. 2 Zarie Phillips. Correctional officer.
Date of incident 12/26/2021, about 10:25 AM.
Officer Phillips, he have History of Beating Mentally ill Prisoner, he Beat up prisoner Joshua Paradine, So Badly, he Broked his Jaw nose and open his Bothe eyes socket and Mess up his whole Face, Paradine he is Seriously Mentally ill, and phillips he knock out Paradine, three times and he keep Beat him up while is Knock out on the Floor On the Back of his head and his Face, Paradine, he Suffer inside his Cell From pain and Dezzness or Dizziness With out any, he Can't eat his Food or Get up of his bed, Grievances Was Filed about this Matter agains officer Phillips,
also officer phillips, has beating Me up Ali M. Muthana, I has Beated up By Co phillips, and the porter because Co Phillips, open My cell Door at 6:20 AM For the porter to Assault Me and the porter Who is prisoner Come Into My cell and hit Me on My head Many time and he knocked Me out and hurt Me So Bad, and phillips, he open MY cell Door Intentionally For the porter to assault Me, and while I Retaliat against the porter Phillips, beat Me so Bad While I'am on the Floor On My stomach, he keep hit Me on the Back of My head Many time until he Knocked Me out and I Get Beated and knocked out twice Because the Behavior of Phillips, and his Assaultive Behavior, and I Suffered From pain in My head and Dizziness For months, and I has so Phillips Beating up other Mentaly ill Prisoner, Grievance Was Filed about this Matter.

3-of-11

C. Defendant NO. 3, J. Gonzalez. Correctional officer.

Incident Date 8/29/22, and 9/22/2022, 08:50 AM, and Many other Diferent Date and times.

Officer J. Gonzalez, he have Very Long histor of Beating on Mentally ill Prisoners Most the Beating according While we are In the Restraints, Gonzalez, he beat up prisone Mikel Smith on the above Date While prisoner mikel smith in the Restraints. Inside the Cage, and the officers With lieutenan Mcclain and Gonzalez, open the Cage and they Just Jumped on Prisoner Smith and put him on his Back on the Floor and Gonzalez, keep hit Smith with his knee on his Face, and he hold Smith With his hair and Keep hit his head on the Ground and he open the Back of his head and I Could told that Smith is passed out and Gonzalez, start hit on his Face Many time, While Smith is not Moving, they keep Smith on The Floor For about 5 minute's; and the Blood Flow From the Back of Smith head and his Face, is pool of Blood on the Floor Inside the Cage, they try To stand up Smith up put he still in unconsciousness, and they Just pick him up and take him to B-side Dayroom and the Blood was Dripping From Smith head and Face, and some how the Blood don't stop and Smith Can't sit on th stool, and they have too Call health Care to Assist Smith, and the nurse Come to see Smith, and She Could see Smith is hurt so Bad and he is Bleeding and the nurs Call the Doctor, NP Courneya. Come to see smith, and they Can't stop the Bleeding and they Wrapped Smith head up and sent him to the hospital to Get treatment, the Lt. Mcclain, and Gonzalez, they try Cover up the Incident they said Smith try to assault them and he Fall of the bench and he hurt him self and he never did they wrote Smith assault ticket, Which he Find not Guilty For the ticke because the Hearing officer Watch the Camera and saw what happen to poor Smith, and on the day I am Ali Muthana watching everything From My Cell Window what has happen to Smith, and on 9/22/2022, the squad team Come to Get Smith off his Cell and the Beat him up again they open his Eyes socket again and Beat him With Glass Shield-

4-of-11

In the supervision of Sergeant McClain, and lieutenant church, Smith he hurt so Bad By the Correctional officers, and smith told Me Many time that they keep Beat him UP all the time. I has saw smith Put In the shower cage For 15 hours while he in the hand Cuff to the Back and the hand cuff is tied on him to the bone, I has heard smith smith screaming asking For help to Get him of the hand Cuff Because the hand cuff hurt him, and I has saw smith, hand is swelled so Badly From the hand cuff, medical records In File Included. Grievance Was Filed For this incident by Me Ali Muthana, and complaint sent to Warden DeAngelo, about this matter with out any respond From anyone.

J. Gonzalez, also. 12/11/2022, about 11:20 AM, and Many other Date beat up prisoner Ali M. Muthana, While I'am suffering From My heart In Coma insid My Cell, and he beat Me UP While I'am on the top of the bed In Restraint, and used the hand cuff and Black Box on Me is weapon, Weapon Many time While I'am Going to the hospital. on the above date Gonzalez, beat Me up While I'am In coma Inside MyCell he Broked My nose and Mess up My Face and hurt My Ribs so Badly, and he Beat Me up While I'am on the top of the bed In Restraints Broked My nose and he open My Both eyes socket, and Mess up all My Face and the Blood is all over Me and the bed, and he used the hand Cuff and the Black Box on Me is Weapon, he hurt Me With the Black. Many time While I'am Going to the hospital, and I suffered under the hand of Gonzalez, Many time, Grievances Was Filed on Both Issues, and I has saw Gonzalez, beat up prisoner Mayo, and he hurt him so Badly, and he beat up Prisoner Doner Nichols. with officer hunter. and he has Beat up Many Mentally-ill prisoner, In Many Differant Date and time, and Gonzalez, he kicked Prisoner Robert Bosse, In his Rib and he suffered From Pain From his Rib For a Month.

5-OF-11

**D.** Defendant NO. 4   Frye, Correctional officer,

On 12/15/2019, CMO Frye, Broked Prisoner Robert Bosse, So Badly, I Mean Bosse arm, and sent hi'M to the hospital, to put his arm Back together with three of screw and plate, and Bosse suffered for about 20 days with Broking arm insid his Cell until they fix his arm with surgery, and Frye, Broked Bosse arm because he told Bosse to take, Shower and Bosse, Don't want to take a Shower, and Frye, Slammed Bosse, on the floor and keep twist his arm until he Broked Bosse arm. Grievance was filed and Complaint to the warden and every one, with out any Respond.

**E.** Defendant NO. 5   Powers, Corectional officer.

On 2/8/2022, about 11:20 AM.
officer Powers, Beat up Prisoner Richard Miles, Inside his Cell while Richard miles, Is In Restraints, he Beat hiM So Badly he Broked his nose and Mess his face, and he hit hiM on his Ribs, and hurt his neck, and Miles, suffered for a Months from Pain with out any treatment, Grievances was filed on officer Powers,

**F.** Defendant NO. 6   McCowan, Correctional officer.

On January 2023, about 7:30 PM
officer McCowan, Beat up Prisone Joseph Weiss, so Badly he keep hit hiM on his face, Many time and he Messed up his face and Broked his nose, over a Pen wich or which Prisoner Weiss allow to have, they Just Beat us about anything, Is no Grievance was filed Because Weiss, Is Mentally ill and he don't know how To file Grievance, or any one could help hiM, and McCowan, have History of Harass Prisoners and Intimidated mentally ill Prisoners and assaulted Prisoner, also McCowan took Prisoner Anthony thomas, for a week and Let hiM sleep on the Concrete, with the Gown only.

6-of-11

G.

**Defendant No.7 Howell, Correctional officer**

On May 16, 2023 at 2:20 PM.
officer Howell, Beat up prisoner travis Bottrall, on his
head While he was on the Floor on his stomach, CO Howell
keep hit Bottrall, on his head With his knee against the
Ground Many time While other six officer on the top of
prisoner Bottrall, he Mess up all his Face against the floor
and his Right eye, and Bottral he don't Do anything to anyone,
and some officer told Me that they still Beat on Bottrall
In Pod 3 and I has Complaint about this to samantha K.
obudsman or OMbudsman Is no Grievance Is filed.*

H. **Defendant NO. 8 Hardy, Correctional officer.**

On 2/11-12- and 15, 2023 at Morning time on Many Day.
officer Hardy, he sexual Harassment Me on Both Date,
and he Make threat to Me Many time that he will kill Me
or Let Me Die Inside My Cell From My heart, and he Refu-
sed to Call The nurse to Give Me Medical Assistance While
I'am suffering From My heart, and told the Nurse to take
MY Medication Which I can't Not be alive with out MY Me-
ds, I have too take My Meds For My heart everyDay.
also Hardy, he sexual harassed Prisoner Eli Alander. For
three Day, and he took his Food and his Mattress For
a Week, and Alander Sleep on the Concrete with out no-
nthing ● Just With the Gown, and he Destroy Alaneder
Family and Love ones Pictures, Grievance Filed.

7-of-11

I.

Defendant No. 9 C. Coon, Correctional officer.

From May 2, to 19, 2023, at Different Date and time's.
officer C. Coon, he took prisoner tyler Smith, Mattress
and the Gown and the Blanket, and let Smith Sleep on
the Concrete For a weeks, without any Clothing on Smith
and let another Prisoner watched him naked, and he D-
o-not Feed Smith For a week. and lied on Smith that he
Refused his Food but he never did.

I Defendant No. 10 Church, lieutenant, official.

on Many Date's and time's, I has saw Church, Lt. order
the officers to beat Many prisoners, like Prisoner Smith,
and prisoner Gunn, and Many other prisoner's, and I has
saw Lt. Church, watch the Squad team, and other officers
Beat up on prisoners under his supervison, and I has saw Lt.
Church, him Self Shocking Prisoner Gunn, While he is on the
top of the bed In Restraint For about 5 minute, he keep
Covering up For the officers For serious incident's, while
officer J. Gonzalez Beat up smith, he saw the Blood is
all over the Floor, and I talk to him about that and he
told me I need to send kite about it, and I told him that
is Your Job Not My Job to Do something about it, and
he Just Walked away From Me, he is the most violance
Lt. we have I has saw Many Mentallyill Suffered under
his hand and order, From told health Care to not Give
Us any Medical help when we need it and I'am one
of those prisoners.

8-of-11

K.

## Defendant No. 11 McClain, Lieutenant official

on 8/29/2022, and on 12/26/2021, at 8:50, and 10:20 Lt. McClain, Jump on Prisoner Smith, Mikel, and holded him on the floor and ordered officer J. Gonzalez, to Beat Smith, and he never Report the Incident to anyone, and Gonzalez, he assaulted Smith, so Badly and sent him to the hospital,

and on 12/26/2021, McClain, saw Prisoner Joshua Paradine Beat up By officer Z. Phillips, So Badly and he never Done anything about it, and Denial Paradine, Medical treatment at the Day and let him Bleeding inside the Shower cage and In his cell, and I has saw Lt. McClain ordered the squad team many to Beat Many prisoners, and other officer, and he abused and Mistreated Many prisoners, and covering Many Incident for him self and other officers.

L. ## Defendant No. 12. Hunter, Correctional officer.

on June 22/2023, and Dece. 20/2023, and Many other Dates, officer Hunter Beat up Prisoner Doney Nichols, with officer Gonzalez, In the Yard and In the Pod the Mess up his Face and Broked his nose and they put him In the Shower cage for 13 hours while he have the hand cuff tied on him Into the bone, and these two officers they Beat up prisoner Mayo, so Badly, and Many other prisoners, they the two Big Beater In WCC, etc.

9-of-11

M.

# Defendant No.13 tipa, Captain official

On 8/29/2022, and 12/15/2019 captain tipa he covered the incident up of the Beating of Mikel smith, and Robert Bosse, I filed Grievance for smith, and tipa, come to talk to smith about the incident and smith told captain tipa that I am the one who I filed the Grievance for smith, and tipa call me out and he talk to me about the incident and I told him that I saw what has happen to smith, and he Just states to me why you filed this Grievance and why you helping smith and why you have smith Documents, and I told that smith Get Beat up and he seriously Mentally ill and he Don't know what he doing and I am Gonna help him and he Just states ooh Is all that Is you not smith, and he Just Go away, and he Never Respond to the Grievance or he done anything about it, and they Just Moved smith from me to The Lower side where I can't see him and he cover up for Gonzalez and McClain, who they Beat poor smith, and smith Never Get Respond for the Grievance.

and on 12/15/2019, he covering up the incident while frye, Broked Bosse arm Beside he took Bosse to health care to let health care look to his arm he throw him in Room which they call it Rubber Room for three hour with ou Reporting the incident to anyone or he done anything about it and let Bosse suffer with out any Medical help, and he all the time covering up Many incident and ordering his staff's To beat us up.

10-of-11

**N.**

Defendant No. 14, DU. Jones, correctional officer.

On April 7, 2023, about 6:30, and 7:30 AM, and 9:15, AM, and other Different Date, DU. Jones, he sexual harassment Ali Muthana. For about three hours, and he took My Food and Medication, and let Me Suffer with out My Medication, which I can't be alive For Morthen 2 Days with out My Meds, and Refused to call health care while I am Suffering From chest pain, and he keep told Me while I Asked him to call health care Go-ahead and Die or kill your self."

**O.** the Following prisoners, Marcus kragness, and Gunn, kyle stan, has Been assaulted by Many officers, and by the squad team, prisoner kragness, he has Beat up By the squad team, they put him In the hand cuff and they keep hit his head on the wall Many time and the Broked his nose and cut his Both eyes socket open, and sent him to the clinic to Get stit-ches on his Face, prisoner Gunn he has been assaulted By Many officers and abused For the past 8 years. prisoner kyle stone he has his Mattress took From him For weeks and Depraved From water For week with out any Drinking water with Many other prisoners they Restricted them From water For weeks I has saw M-any prisoners Drink water From the toilet, and Most th-ose incidents is the warden DeAngelo, Is Responsible For all that assaultive and Abuses and pain and suffer.

END oF Report

11-oF-11

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

at Woodland Center Correctional Facility, of the Mental health hospital In Defferent Units. and Many Differant times, and has happen since 8 Year's ago and still Going every Day Until this Date. I don't know If I Answer this Question Right because I don't know what Question Mean!

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

at woodland center Correctional Facility Mental Health hospital, and they Rose In Many Different units and Different times.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Many Different Date's and Different time's For Many Years and still Goin at this Date I will Give the Date which I know and I Remember In the statement of Claim.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

First of all I'am Mentally ill Prisoner like any other Mentally ill Prisoners who housed In this Mental health hospital of WCC. F-acility, and the warden DeAngelo, ordered her Correctional officers Intentionally and deliberately to use against us Excessive Force From the First Six Months she took this Facility ofer about 8-Years ago they Broked our arm's neck's Jaw's Ribs, and Mess up our Faces, and some of us sent to the hospitals to Put our bones together with Surgery, and stitches our Faces, and Some of US Suffering Inside our Cell with little of Medical treatment or nothing. For My self I has been Beated up Many time While I'am on the top of the bed In Restraints the Broked My nose and Messed up all My Face and spilled My Bood, and I has Beated up Will I'am In Coma suffering From heart, the Broked My nose again and they Messed up My Face and Ribs, and I seffered Most the time without any treatment, and I has Many Prisoners Who Is seriously Mentally ill they Beat up while they are on the top of the bed In Restraints, and Many other Restraints, Is seriously beat up by the Correctional Officers, I has saw Many Prisoners Who Mentally ill suffering so Bad and I'am one of those Prisoners, they Put us In the shower Cage up to 15 hours while the hand Cuffs Is on us to the Back and the hand Cuffs Is so tied on us to the bone, they took our Matresses and let us sleep on the concrete some time with nothing For Months, and some time with out any Clothig, the Mistreated us From Many Differant Ocatison or occatison, I will Explain More In the statement of Claim what each Defendants Dose, even they Sexually harassed us, the Controled health Care and Mental health we only Get treatment of the Officers say so, We suffer Mentally and Physically because the Correctional officers treat us like We are bad Prisoners or animals with out any Care.

7

1-OF-1

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

We have Received Serious Injuries and Pain and suffering we have suffered From Broking Jaw, neck, arms and Ribs, and other Parts of our Body, some of us sent to the hospitals to Put our bone Back together with surgery, and stitches our Faces, and some of us never Get any treatment, and I am one of the Mentally ill Prisoners Who was Beated up so Badlly and I don't Get any treatment, they all the time Mess up our Faces and Broked our noses, and wrist and arms, etc.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Relief Requested. I am the Plaintiff Ali Muthana, Reausts the Court:

A. Issue a Declaratory Jugment stating that:

1. the Action of Defendant's warden Jodi DeAngelo, and all her staffs named in this Complaint violated the Eighth or Eighth Amend-Ment of the United states Constitution.

B. Award Compensatory damages:

1. against Defendant's Jodi De Angelo, and all her staffs IS named and sued in this Complaint, in the amount of $ 1,000,000.00 For violation of the Eighth and Fourteenth Amendment of the United States. Constitution.

See Attached Page Please

8

Page 1-of-2

Attached page to
Relief Requested
From the Court

C. Award Punitive Damages:

1. against Defendant's Warden Jodi DeAngelo, and all her staff's Named and Sued In this Complaint in the amounth of $ 1,000,000.00 For Violation of the Eighth and the Fourteenth AmendMent of the United States. Constitution:

D. Award Costs of this action including any additonal Fees Requred to execute this Action.

E. Award such other and Further Relief as this Court deem Appropriate.

Respectfully submitted

Date 8 /28 /2023      Ali Musaid Muthana
Woodland Correct. Facility
9036 East M-36
Whitmore Lake, MI 48189

Page 2- of -2

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Woodland Center Correctional Facility, at the Mental health Hospital of WCC.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑   Yes

☐   No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐   Yes

☑   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

at Woodland Center Correctional Facility. WCC: Mental Health hospital.

2.   What did you claim in your grievance?

MY Claim and all the Plaintiff's Claim who named In this Complaint, is Claim of Excessive Force and Pain and Suffering, and Mistretment and abusing.

3.   What was the result, if any?

Is no Resulve From Filing Grievance Most the Griev- Which We Filed Was Denied For all level of step of Grievances, and Most the Grievance Which We Filed about the Excessive Force Get throwed away and We don't Get any Respond and I has Put on Grievances Rest- riction because I filed Grievances about the Excessive Force.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4. What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Some Grievances was Filed all three steps of Grievances and some Grievances Gust to step one and some to step two and some Grievances we don't Get any Respond For the Grievances specialY the Grievances which Is on Excessive Force. and I sent Grievances to Lansing, with out any Respond From Lansing, etc.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I has sent Many Complaint to the warden DeAngelo, about the Issues of Grievances and about what I Claim In this Complaint. and I Also sent Complaint, and Grievances to the Internal Affairs and talk to them, also I has sent Complaint to the Legislative Corrections ombudsMan, and I talk to them tivice about this Isses, with out any Investigation or they Give Me any Respond about the Complaint which I sent to them, and the Grievances.!

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII.** **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐   Yes

☑   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   N/A

☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

       Plaintiff(s) _____ N/A _____

       Defendant(s) __ N/A _____

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

       _____ N/A _____

    3.   Docket or index number

       _____ N/A _____

12

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.  Name of Judge assigned to your case

N|A

5.  Approximate date of filing lawsuit

N|A

6.  Is the case still pending?

☐  Yes

☐  No    none

If no, give the approximate date of disposition.   N|A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N|A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑  Yes

☐  No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  Ali M. Muthana 283046

Defendant(s)  Gerald hofbauer, sheree andrew, and Daniel Heyns.

2.  Court *(if federal court, name the district; if state court, name the county and State)* nUnited States District Court For the Western District of michigan.

3.  Docket or index number

Case No. 2:11-cv-132

13

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.   Name of Judge assigned to your case

_I don't Remembe the Juge name_

5.   Approximate date of filing lawsuit

_2011_

6.   Is the case still pending?

☐   Yes

☑   No

If no, give the approximate date of disposition. _2018_

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_Settlement agreement, In My favor._

**IX.   Certification and Closing**   ∧ _See Attached page please._ ∧

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _8 / 28_, 20 _23_

Signature of Plaintiff _Ali M. Muthana_

Printed Name of Plaintiff _Ali M. Muthana_

Prison Identification # _283046_

Prison Address _9036 East M-36_

_WhitMore Lake, Michigan 48189_
City                              State                              Zip Code

14

Attached Pag to the
Previous Lawsuits.

2.

Case No. 2:13-CV-14471
United States District Court For
the Eastern District of Michigan.
Plaintiff(s), Ali M. Muthana.
Defendant(s), Lance Summeral.
Judgement Entered In Favor of the Plaintiff.

3. Case No. 2:05-CV-208
United States District Court For the Western District of Mich.
Plaintiff(s), Ali M. Muthana
Defendant(s). Abdellatif Badawi.
Dismissed For Lack of evidence.

4. Case No. 1:22-CV-12624
United States District Court For the Eastern District of Mich.
Plaintiff(s). Ali M. Muthana
Defendant(s). Dracy Colley
open/Pending.

5. Case No. 2:23-CV-11665
United States District Court For the Eastern District of Mich.
Plaintiff(s). Ali M. Muthana
Defendant(s) Peninah Onyango, et. al.
open/Pending.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

to the Court, I has Filed Four Complaint to the Court, and I all the ti-
Me Bring Good Complaint to the Court and trutful Complaint, against
the MDOC. Staff's. and I'am Bringing this God Class Action Law-
Suit For MY Self and all other Prisoners Who Is named In this Co-
Mplaint, and For all other 200 Prisoners who Is Currently Inca-
rcerated at the Mental health hospital of woodland Center Corre-
Ctional Facility, a Facility operated by the michigan Department of
Correction (MDOC) and Is hard For Me to Bring this Class Action
Law suit, because I Can-not Get help From these Mentally ill Prisoners
or they Could understand them Rights, and they Could File Grie-
Vances or they Could File Complaint to the Court about What the
Correctional officers Do to them, and even Is hard For Me also I
Can-not File Grievances on this Matter with out MY Grievances
throwed away and Destroy, we don't have any Right For anything at
this Mental health Facility, and I has Received and still Received
threat of Death and Pain and Suffering about Filing Grievances and
and Complaint about what Going on In this Mental health Hospital. I
never saw any Bloodshed and Pain and Suffering In MY life until I
saw it and still Seen it at this Mental health hospital. they Just Ju-
MP on us and beat us up, and spilled our Blood And Broked our bo-
ne, and Make us Suffer, and I'am Asking the Cour to Give us Ju-
stice and Punish these Defendants May the Mistreatment and abusing
and the Bloodshed of us will stop, we are Mentally ill Prisoner and th-
ey Can't heal our Mental illness by Beating us up, and I hope that
the Court will understand our situation and help us. I has done what
I Could to help us but I'am the only one Filed Grievances For MY
self and other Prisoners, and I has Sent Complaint to every one
I knew to help us, and I never Filed any Complaint to the Court
MY self all the time the legal writer do For Me the Civil Rights
Complaint to the Court, but In this Matter they told the legal w-
riter to not hlep Me, and I don't have any Choice Except to do the
Complaint MY Self to the Court, For the First time. thank you.

15

# See Attached Index

## For Exhibits

# Index For All the Exhibit's

## Ali Musaid Muthana, et. al.,
## V.
## Jodi DeAngelo, et. al.,

Exhibit:A - Letter From the warden office, by Powell.

Exhibit:B - 1 - To - 6 - Grievance on the warden DeAngelo,

Exhibit:C - 1 - To - 6 - Grievance on the warden DeAngelo,

Exhibit:D - 1 - To - 6 - Grievance on the warden DeAngelo,

Exhibit:E - Grievance on the warden DeAngelo,

Exhibit:F - Grievance on the warden DeAngelo,

Exhibit:G - Grievance on the ombudsman office Noffke, A. and Samantha K.

Exhibit:H - Grievance on Z. Phillips, By Muthana,

Exhibit:I - Grievance on J. Gonzalez, By Muthana.

Exhibit:J - Grievance on J. Gonzalez, By Muthana.

Exhibit:K - Grievance on officers, By Gragness,

Exhibit:L - Grievance on Powers, By miles,

Exhibit:M - 1 - To - 2 - Grievance on Z. Phillips, By Paradine,

Exhibit:N - 1 - To - 2 - Grievance on Z. Phillips, By Paradine,

Exhibit:O - 1 - To - 2 - Grievance on J. Gonzalez, By Smith,

Exhibit:P - Grievance on warden DeAngelo, By Bosse,

Exhibit:Q - Grievance on Frye, Bosse,

Exhibit:R



# MICHIGAN DEPARTMENT OF CORRECTIONS

*"Committed to Protect, Dedicated to Success"*

## MEMORANDUM

**DATE:**   7/25/2023

**TO:**   Prisoner Muthana #283046 (Pod 10-19)

**FROM:**   Administrative Assistant N. Powell

**SUBJECT:**   Kite

The Warden's office has received the correspondence about requesting first names to officers. The request is denied. That in confidential. Additionally, you do not need their first name to file a civil rights complaints.

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**          **Exhibit- B-1**          4835-4247  10/94
CSJ-247A

Date Received at Step I __3/13/23__          Grievance Identifier: __WCC2303002116917G__

| Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |
|---|

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali MuThana | 283046 | WCC | Pod 10-19 | 2-11-12-15-2023 | 3-8-2023 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 2-11-12-15-2023
If none, explain why. I has told CMO Hardy, on Both Date To stop his Sexual Harassment Toward Me but he kee Doing it Intentionally to show him MY Ass and he done it Three day on Row To abused Me with His Sexual Harassment and behavior Which stressed Me Mentally...!

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I Ali MuThana, Is submitted This Grievance Solely against Warden Jodi DeAngelo, For allow her CMO Hardy, to Harassment Me Sexually, on the above Date CMO Hardy, Keep Asking Me To Show him MY Ass each time he Make a Round Stated to Me "Let Me See The Araab Ass Muthana, Allah he will not Hate you For That," added I will not told any one Just Show Me The nice Araab Ass Which you have," and on 2/15/23 while I'am Moving To Pod 10 he Come and Get Me out MY Cell and he PuT Me In Shower cage and he stated To Me Come on MuThana, you will not show Me The nice Araab Ass before you will Move To Pod 10, don't worry you here In The Show, none will see or know," and All that Is stressed Me Mentally, and Violated Policeis PD-03-03-130 Human Treat. Which Stated Prisoner Shall not be Subjected To Sexual Harassment and abused by The Corr. Staffs, and PD 02-03-100 EMPLo. Discipline, ett

RESPONSE (Grievant Interviewed?   ☐ Yes   ☒ No      If No, give explanation. If resolved, explain resolution.)
SEE ATTACHED CSJ-247S.

| Respondent's Signature _M. M.l_ | Date 3/14/23 | Reviewer's Signature ___ | Date ___ |
|---|---|---|---|
| Respondent's Name (Print) M. Nelson | Working Title Inspector | Reviewer's Name (Print) ___ | Working Title ___ |

| Date Returned to Grievant: 3/17/23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature ___ | Date ___ |
|---|---|---|---|

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant



MICHIGAN DEPARTMENT OF
CORRECTIONS

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| Muthana | 283046 | P10/19 | WCC-23-03-0216-17C |

| Prisoner Interviewed: | YES ☐ | NO ☒ | If "NO", Reason: | See Decision Summary for Reason |
|---|---|---|---|---|

| Extension Granted: | YES ☐ | NO ☐ | If "YES", Enter End Date: | |
|---|---|---|---|---|

**COMPLAINT SUMMARY:**
Prisoner Muthana #283046 alleges on 02/11/23 and 02/12/23, CMO Hardy kept asking prisoner Muthana to "show him my ass" each time while making a round. CMO Hardy allegedly stated "Let me see that arab ass Muthana, Allah, he will not hat you for that" and "I will not tell anyone, just show me the nice arab ass which you have" and "come on Muthana, you will not show me the nice arab ass before you will move to Pod 10. Don't worry you here in the show, none will see or know."

**INVESTIGATION SUMMARY:**
The grievance regarding sexual harrassment has been received and reviewed. The alleged sexual harassment has not been previously investigated. The allegation(s) have been forwarded for investigation in accordance with P.D. 03.03.140 "Sexual Abuse and Sexual Harassment of prisoner-Prison Rape Elimination Act (PREA)" and P.D. 01.01.140 "Internal Affairs". The AIM number assigned to your investigation is #43993. You will be notified of the outcome of the investigation at the conclusion of the investigation.

**APPLICABLE POLICY, PROCEDURE, ETC.:**
P.D. 01.01.140 "Internal Affairs".
P.D. 03.03.140 "Sexual Abuse and Sexual Harassment of prisoner-Prison Rape Elimination Act (PREA)".

**DECISION SUMMARY:**
Prisoner Muthana #283046 was not interviewed due to the ongoing investigation.

Although the investigation is pending, this is your grievance response.

| RESPONDENT NAME: | M. Nelson | TITLE: | Inspector |
|---|---|---|---|
| RESPONDENT SIGNATURE: | | DATE: | |
| REVIEWER NAME: | P. Schreiber | TITLE: | A/Deputy Warden |
| REVIEWER SIGNATURE: | | DATE: | |

**Distribution:** Original - Step I Grievance Coordinator     Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

**EXhibit- B-3**

# Step II Appeal Response

| Grievance Number | WCC/23/03/0216/17C |
|---|---|
| Prisoner Name | Muthana |
| Prisoner Number | 283046 |

P 10·19

---

**I have reviewed your Step I Grievance, the Step I Response, and your Step II Reason for your Appeal**

| | |
|---|---|
| **Summary of Step I Compliant** | Prisoner claims he was sexually harassed by Officer Hardy. Prisoner states he should not be subjected to this inhumane treatment. |
| **Summary of Step I Response** | Inspector Nelson was the responder to the grievance and stated the investigation of Muthana's claims is ongoing. |
| **Summary of Step II Appeal** | Prisoner states he has still not received a response from the investigation. Prisoner states he is stressed mentally and emotionally from this incident. |
| **Summary of Step II Investigtion** | Reviewed Step I grivance and response. |
| **Conclusion** | Once the investugation is complete, you will receive a CAJ-1021 (PREA Prisoner Notification of Sexual Abuse and Sexual Harassment Investigative Findings and Action) that your PC will review with you. This grievance is upheld at Step I. |

---

| **RESPONDENT NAME:** | Jodi DeAngelo | **TITLE:** | Warden-WCC |
|---|---|---|---|
| **RESPONDENT SIGNITURE:** | | **DATE:** | 3/30/2023 |

**Exhibit- B-5**

4835-4248 5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS
## PRISONER/PAROLEE GRIEVANCE APPEAL FORM

Date Received by Grievance Coordinator
at Step II: **3/23/23**

Grievance Identifier: W C C 2 3 0 3 0 0 2 1 6 0 1 7 c

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this appeal if you appeal it at both Step II and Step III.

RECEIVED
APR 05 2023
WCC
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to:
_____ GC _____ by **3/31/23**. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali MuThana | 283046 | WCC | Pod 10-19 | 2-11-12 15-20-23 | 3-22-23 |

**STEP II — Reason for Appeal** I don't Yet Receive any Respond of The Investigation and Warden DeAngelo, allowed her CMO's To do what ever they want To us In This Mental health Facility, since she took This place They Mistreated us From Many Different occasions, and I'AM stressed Mentally and Motionlly because this sexual harassment against Me and I'M Mentally Ill Prisoner, and CMO Hardy he Done this sexual Harassment Three Days on ROW To abuse Me even he done it While I'AM In shower cage Intentionally, etc

| | Date Received by Step II Respondent: 3/24/23 |

**STEP II — Response**

Please see attached response

| | Date Returned to Grievant: |

Respondent's Name (Print)          Respondent's Signature          Date 3/30/23

**STEP III — Reason for Appeal** until this Date of April 4, 2023 I did not see any Investigation of this sexual Harassment or any one talk to Me about it, and the Respond of step two Grievance by the Warden Is not trutful She Is the one who allowed Hre officer to do to us what ever they want To Beat us up Broking our Bones and sexualy Harassment us, and Mistreat us In this Mental Health Facility, and she know about all that, etc

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III —** Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

**Exhibit- C -1**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247  10/94
CSJ-247A

Date Received at Step I  4/17/23          Grievance Identifier: W C C 2 3 0 4 0 0 3 6 1 9 1 7

Be brief and concise in describing your grievance issue.  If you have any questions concerning the grievance procedure, read PD 03.02.130 and OP 03.02.130 available in the prison law library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali Muthana | 283046 | WCC | Pod.10-14 | 4/7/23 | 4/17/23 |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date? 4/7/2023
If none, explain why. I has told CMO DU. Jones, to stop his Intentionlly
sexualy harassment, and I told him If he will not stop I wi-
Ill write him up and he states eat Dick Fuck Boy, and I even
told Inspector Mr. Nelson about this Sexual Harassment, etc.

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I Ali Muthana, is submit-
ted this Grievance Solely against Warden Jodi DeAngelo, For allow
her CMO DU. Jones, to "harassment Me sexualy on the abovedate
DU. Jones, Is Working in pod 10, and he took My clean up, shower
and Breakfast tray, and Medication, and while I asked him For all
which he took From Me, he keep told Me to suck his Black Dick and
take it in My Ass," and I told him that I will Write him up
If he will not stop tlod Me to suck his Black Dick and take
it In the Ass, and he states eat Dick Fuck Boy," and he stat-
es that he will beat My Ass up and I told him to open the Door
and beat Me up Which he did, open the Door and We almost Get
To Fight, but one CMO Alkafil pushed Me back into My Cell and
closed the Door on Me, and all that is violated policies, Ali Muthana
PD-03-03-140 Sexual Hrassment, and PD-02-03-100 Employee Discipline, etc

RESPONSE (Grievant Interviewed?  ☐ Yes  ☒ No     If No, give explanation.  If resolved, explain resolution.)
SEE ATTACHED CSJ-247S.

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| m. gll | 4/20/23 | | 4/20/23 |
| **Respondent's Name (Print)** M. Nelson | **Working Title** Inspector | **Reviewer's Name (Print)** LeRoye | **Working Title** A/DW |

| Date Returned to Grievant: 4/21/23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**MICHIGAN DEPARTMENT OF CORRECTIONS**

Exhibit- C-2

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Muthana | 283046 | | P10/19 | – | WCC-23-04-0364-17C |
|---------|--------|--|--------|---|--------------------|

| | ☐ | | ☒ | | See Decision Summary for Reason |
| | ☐ | | ☐ | | |

Prisoner Muthana #283046 alleges on 4/7/23 he told CMO Du. Jones to stop his intentional sexual harassment and if CMO Du. Jones did not stop, prisoner Muthana would write him (Du. Jones) up. Prisoner Muthana alleges CMO Jones said "eat dick fuck boy".

The grievance regarding sexual harrassment has been received and reviewed. The alleged sexual harrassment has not been previously investigated. The allegation(s) have been forwarded for investigation in accordance with P.D. 03.03.140 "Sexual Abuse and Sexual Harassment of prisoner-Prison Rape Elimination Act (PREA)" and P.D. 01.01.140 "Internal Affairs". The AIM number assigned to your investigation is #44671. You will be notified of the outcome of the investigation at the conclusion of the investigation.

P.D. 01.01.140 "Internal Affairs".
P.D. 03.03.140 "Sexual Abuse and Sexual Harassment of prisoner-Prison Rape Elimination Act (PREA)".

Prisoner Muthana #283046 was not interviewed due to the ongoing investigation.

Although the investigation is pending, this is your grievance response.

| | M. Nelson | | Inspector |
|--|-----------|--|-----------|
| | m. Nel | | 4/20/2023 |
| | T. Lengyel | | A/Deputy Warden |
| | (signature) | | 4/20/2023 |

**Distribution:** Original - Step I Grievance Coordinator     Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

Exhibit-C-4

# Step II Appeal Response

| Grievance Number | WCC/23/04/0364/17C |
| --- | --- |
| Prisoner Name | Muthana |
| Prisoner Number | 283046 |

I have reviewed your Step I Grievance, the Step I Response, and your Step II Reason for your Appeal

**Summary of Step I Compliant**

**Summary of Step I Response**

**Summary of Step II Appeal**

**Summary of Step II Investigtion**

**Conclusion**       The claims against Du. Jones are being handled administratively. This Step II grievance is upheld at Step I.

| RESPONDENT NAME: | Jodi DeAngelo | TITLE: | Warden-WCC |
| --- | --- | --- | --- |
| RESPONDENT SIGNITURE: | | DATE: | 5/4/2023 |

*See the back of this page*

**Exhibit- C-5**

4835-4248 5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator at Step II: 5/3/23

Grievance Identifier: WCC 2304 0036 017C

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED MDOC
MAY 15 2023
Office of Legal Affairs
WCC

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: GC by 5/5/23 . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali Muthana | 283046 | WCC | Pod 10-19 | 4/7/23 | 5/2/23 |

**STEP II — Reason for Appeal** I don't Receive any Clear Respond and Is no investigation will be For this Matter M. Nelso, he has Denied My First Grievance For sexual Harassment, and I Don't have any Reslove of This sexual Harassment, because warden DeAngelo, allow this harassment and Many othe abuses against Mentally ill Prisoner since she took this place seven years ago and they Denied all My Grievances, and I all the time Defend those Mentally ill Prisoners no Matter What

**STEP II — Response** please see attached response.

Date Received by Step II Respondent: 5/4/23

Respondent's Name (Print) ___  Respondent's Signature ___  Date 5/5/2023

Date Returned to Grievant: 5/9/23

**STEP III — Reason for Appeal** the Respond of step one and two Is Falsify Respond Is no Action will be taking against CMO Du. Jones, and no investigation will be For this sexual Harassment they all time Denied MY Claim of sexual harassment and the sexual Harassment Going every Day against Mentally ill prisoners here at WCC, becaus this warden.

NOTE: Only a copy of this appeal and the response will be returned to you.

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

**EXhibit-C-6**





**GRETCHEN WHITMER
GOVERNOR**

### STATE OF MICHIGAN
### DEPARTMENT OF CORRECTIONS
### LANSING

**HEIDI E. WASHINGTON
DIRECTOR**

## STEP III GRIEVANCE DECISION

Rec #:     143302

17C

| | | |
|---|---|---|
| To Prisoner: | Muthana | #:  283046 |
| Current Facility: | WCC | |
| Grievance Identifier: | WCC-23-04-0364-17C | |
| Step III Received: | 5/15/2023 | |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

## THE STEP III APPEAL IS DENIED.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Date Mailed:**     MAY 3 0 2023

*R.D.Russell*

**Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs**

cc: **Warden, Filing Facility** WCC

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN  48909

Exhibit- D-1

Page 1 of 2

03D

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I **9/9/22**   Grievance Identifier: **W C C 2 2 0 9 0 1 9 8 0 4 2 0 4**

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali Muthana | 283046 | WCC | Pod 9-7A | 8/26/22 | 9/1/2022 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **8/26/2022**
If none, explain why **I has sent a letter to Warden DeAngelo, on 8/26/2022 but I did not Receive any Respond, and I also talked to lieutenat's petersan, and Hastings, about this Matter, but the Denied to let Me access to health care still Going by the Warden staff's everydays.**

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130 **I Ali Muthana. Is submitted this Grievance against Warden Jodi DeAngelo, For allow her staff's to Deniad Me Access to health care and treatment, and abused Me and Caused Me pain and suffer, and I'am Mentally ill peRson and I have serious heart Condition, I have stents in My heart, and on 8/26/22 at 9:00 AM I Get so sick From chest pain Extend to My Jaw neck and arm, and shorting of Breathing, and Informant CMO-Barker, about My urgent Medical Condition and I asked him to call the nurse but he never Respond to Me or he Call the nurse, and at 11:46 AM I told the nurse that I have chest pain and shorting of Breathing, But CMO Barker, told her to not see Me, and sergeant Woodring, come to the pod and I Told him about My chest pain and I asked him to call the nurse but he neverdid, and at 1:39 PM PA Penni, from health Care Come to the pod A-side and I told her that I want- see pages Attached p-1** Grievant's Signature ~~Muthana~~

RESPONSE (Grievant Interviewed? ☐ Yes ☑ No   If No, give explanation. If resolved, explain resolution.)

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| _(signature)_ RNM | 9/24/22 | _(signature)_ | 9/26/22 |
| Amy Lockett RNM | RNB | R Hartman | HUM |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: **10/03/22** | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

11/28/22   Page 1 of 2

**MICHIGAN DEPARTMENT OF CORRECTIONS**

**EXHIBIT-D-2**

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM

(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| Muthana | 283046 | P7-17/WCC | WCC-22-09-0198-0103D |

| Prisoner Interviewed: | YES ☒ | NO ☐ | If "NO", Reason: |  |
|---|---|---|---|---|
| Extension Granted: | YES ☐ | NO ☒ | If "YES", Enter End Date: | IF "YES", Enter End Date |

**COMPLAINT SUMMARY:**
Prisoner Muthana indicates that on Aug. 26, 2022, Officer Barker was refusing to let prisoner Muthana be evaluated by medical. Prisoner Muthana also states that medical refused to pull prisoner Muthana out of the cell for evaluation.

**INVESTIGATION SUMMARY:**
Prisoner Muthana was interviewed on Nov. 23, 2022.
Officer Barker, Rn Cacaj, and NP Peninah were all interviewed.

**APPLICABLE POLICY, PROCEDURE, ETC.:**
03.04.100 Health Services
03.04.125 Medical Emergencies

**DECISION SUMMARY:**
Grievants allegations were reviewed.
There is no information to conclude that the staff member acted improperly.
There is no information to conclude that Policy or Operating Procedure has been violated.
Prisoner's grievance is DENIED and returned without further action

| RESPONDENT NAME: | Lt. Cathcart | TITLE: | CSS-12 |
|---|---|---|---|
| RESPONDENT SIGNATURE: | | DATE: | 11/23/22 |
| REVIEWER NAME: | Capt. Lengyel | TITLE: | CSS-13 |
| REVIEWER SIGNATURE: | | DATE: | 11/23/22 |

Distribution: Original - Step I Grievance Coordinator  Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

*See the Back Of this page*

# EXhibit- D-3

4835-4248 5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator
at Step II: _____

Grievance Identifier: |W|C|C|2|2|0|9|0|1|9|8|0|0|0|3|D|

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED
DEC 27 2022
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _WCC_
_GC_ by _12/12/22_. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali Muthana | 283046 | WCC | Pod 7-178 | 8 26 22 | 12 5 22 |

**STEP II — Reason for Appeal** Lt. Cathcart, he Know about this Violation him self, and he Is the one who Come to the Pod and Get Me out of My cell After CMO Barker, Denied Me Access to health Five Time at the Day, and CMO Barker, Done it Intentionaly and Deliberatel To Let Me suffer For six hours, or Let Me Die In My cell, and Lt. Cathcart he Dont Investigate this Matter he Just Response to this Grievance With out Investigation, and all Policys Is violated by CMO Barker, and Warden DeAngelo, etc

**STEP II — Response**

Please See attached response

Date Received by Step II Respondent: 12/6/2022

| Respondent's Name (Print) | Respondent's Signature | Date | Date Returned to Grievant: 12/9/22 |
|---|---|---|---|
| DeAngelo | DeAngelo | 12/16/22 | |

**STEP III — Reason for Appeal** The Warden DeAngelo, and her staff Keep Denied My Grievance For all step, and Warden DeAngelo, allow her CMO Barker, To do what he want to do To Me and all Respond of step one and two Grievance Is Falsify, Is none Investigated this Matter, and Warden DeAngelo have history For Denied MY Grievances, etc.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

EXhibit-D-4

# Step II Appeal Response

| Grievance Number | WCC/2022/09/1980/03D |
|---|---|
| Prisoner Name | Muthana |
| Prisoner Number | 283046 |

**I have reviewed your Step I Grievance, the Step I Response, and your Step II Reason for your Appeal**

| | |
|---|---|
| **Summary of Step I Compliant** | Prisoner states he was having chest pains and was refused by custody to see healthcare. |
| **Summary of Step I Response** | Grievance was denied. There was nothing to conclude the staff member acted improperly. |
| **Summary of Step II Appeal** | Prisoner reiterates the same information. |
| **Summary of Step II Investigtion** | Reviewes Step I.<br>Interviewed Officer Barker.<br>Interviewed RNM Bacon. |
| **Conclusion** | Medical was notified and the prisoner was seen by healthcare. This grievance is denied at Step II. |

**RESPONDENT NAME:** Jodi DeAngelo

**RESPONDENT SIGNITURE:**

**TITLE:** Warden-WCC

**DATE:** 12/9/2022

**Exhibit- D-5**



**STATE OF MICHIGAN**
**DEPARTMENT OF CORRECTIONS**
**LANSING**

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

Rec #:     140360

03D

To Prisoner:            Muthana                    #:  283046

Current Facility:       WCC

Grievance Identifier:   WCC-22-09-1980-03D

Step III Received:      12/27/2022

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

**THE STEP III APPEAL IS DENIED.**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

_Richard D. Russell_

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

Date Mailed:        **JAN 1 3 2023**

cc: Warden, Filing Facility    WCC

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN  48909

**EXhibit- E-1**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I __4/17/23__    Grievance Identifier: |W|C|C|2|3|0|4|0|0|3|6|5|0|1|7|i|

> Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali Muthana | 283046 | WCC | Pod 10-19 | 4-7-23 | 4-17-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **4/7/2023**
If none, explain why. I has told CMO DU. Jones to stop taking From Me What I have Coming, but he Keep taking From Me everything while he work in pod 10, and no other time I saw CMO Jones, to talk to him, and he done all that Intentionally to abused Me.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I Ali Muthana, Is sub- Mitted this Grievance Solely against Warden Jodi DeAngelo, For allow her CMO DU. Jones, to Take My Clean up, shower, BreakFast tray, and My heart Medication, and he told Me that I don't have nothing Coming, and he states he will beat My Araab Ass, and I told him to open the Door and beat Me up and he did open the Door and We almost Get To Fight, but CMO AlKafil, Pushed Me back Into My Cell and Closed the Door on Me, and Keep told CMO AlKafil, he Don't have nothing Coming, and I'am Requesting the Came- ra, For the Following time, 06;30 he took My Clean up and Shower, and at 06;38 he open the Door States he will beat My araab Ass and We almost Get To Fight, and at 07;36 he took My tray, and at Meds pass he took My Medication, and all this I Violated _____ PD-03-03-130, Human treatment, and PD 02-03-100, Employee Discipline.

Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No   If No, give explanation. If resolved, explain resolution.)

**WRONG**    The Grievance Coordinator sent Me this Grievance Back With out any Respond, From step one Grie- vance because he dont know What he doing.!

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: 4/21/23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**EXhibit- E-2**

# Step II Appeal Response

| | |
|---|---|
| **Grievance Number** | WCC/2023/04/0365/17I |
| **Prisoner Name** | Muthana |
| **Prisoner Number** | 283046 |

**I have reviewed your Step I Grievance, the Step I Response, and your Step II Reason for your Appeal**

**Summary of Step I Compliant**

**Summary of Step I Response**

**Summary of Step II Appeal**

**Summary of Step II Investigtion**

**Conclusion**      Grievance was responded to at Step I per PD 03.02.130, the Step I response is upheld at Step II.

| | | | |
|---|---|---|---|
| **RESPONDENT NAME:** Jodi DeAngelo | | **TITLE:** | **Warden-WCC** |
| **RESPONDENT SIGNITURE:** | | **DATE:** | **5/4/2023** |

*See the Back of this pag*

# EXHIBIT-E-3

4835-4248  5/09
CSJ-247B

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator
at Step II: **5/3/23**

Grievance Identifier: **WC C 9 2 3 0 4 0 0 3 6 5 0 1 7 I**

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED
MAY 15 2023
Office of Legal Affairs

**WCC**

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: **WCC**
_____ **GC** _____ by **5/5/23** . If it is not submitted by that date it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali Muthana | 283046 | WCC | Pod 10-19 | 4/7/23 | 5/2/23 |

**STEP II — Reason for Appeal** the Grievance Coordinator Mikat, he sent Me this Step one Grievance With out any Respond, that Mean is okay For him to Let CMO DU. Jhones or Jones to Do all what he done to take My Clean up shower tray and My Medication, and all that becase Warden DeAngelo allow her staff to do all that since She took this Facility they Don't even Care or any Investigatio has Been Done

**STEP II — Response**

Please see attached response

Date Received by Step II Respondent: **5/4/23**

Respondent's Name (Print): S____
Respondent's Signature: S____
Date: 5/5/2023

Date Returned to Grievant: **5/9/23**

**STEP III — Reason for Appeal** I don't Receive any Clear Respond From step one or ste two Grievance, and all this violation by the Warden and her officers has Going since the Warden took this Facility, and they don't Investigat this issue and the Harassment and abuses is Going everyDay. becase the Warden allow ~~E: Only a copy of this appeal and the response will be returned to you.~~ all that, etc.

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

*Exhibit E-4*



# STATE OF MICHIGAN
**GRETCHEN WHITMER**
**GOVERNOR**
## DEPARTMENT OF CORRECTIONS
## LANSING

**HEIDI E. WASHINGTON**
**DIRECTOR**

## STEP III GRIEVANCE DECISION

Rec #:      143304
            17I

To Prisoner:            Muthana            #:  283046

Current Facility:       WCC

Grievance Identifier:   WCC-23-04-0365-17I

Step III Received:      5/15/2023

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

## THE STEP III APPEAL IS DENIED.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

Date Mailed:      MAY 3 0 2023

**Richard D. Russell, Manager Grievance**
**Section, Office of Legal Affairs**

cc: Warden, Filing Facility   wcc

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN  48909

**Exhibit F-1**

Sent To Lansing

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____  Grievance Identifier: | | | | | | | | | | | | | |

> **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali MuThana | 283046 | WCC | Pod 10-19 | 3/1/2023 | 3/15/2023 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **Different Date**
If none, explain why **I has Wrote Many Complaint to Warden Jodi DeAngelo, and I talk To her Face To Face about this Matter, even I has Wrote to the Internal affairs, ombudsman, and even to the Directors Heidi washington, with out any Respond From The Warde or any RESOLVE....** 

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. **I Ali MuThana, Is submitted this Grievance Solely against Warden Jodi DeAngelo, For ordering and allow her Correctional officers In this Mental Health Facility to use excessive of Force against Mentally ill Prisoners, Broke our arms Jaws Ribs noses necks and Mess up our Faces beating us When we are on the top of The bed In Restraints and In The hand cuffs and other Restraints Which she Imposed on us, even allow her staffs To sexual Harassment us and mistreated us From Many Different occations or occasion, and Imposed on us Many Restrictions Since She took this Facility, she Give her staffs Green Light To do What ever they want To us They beat us and they spilling our Blood Is happen almost everyday by her staffs and We sent To hospital With Broking Body bones To Get surgery Because the beating Ali MuThana By The staffes, and Most the time We suffer with out any Treatment.i**  _Grievant's Signature_

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No    If No, give explanation. If resolved, explain resolution.)

**this Grievance sent to the Internal Affair, Lansing on 3/15/2023**

Respondent's Signature _____  Date _____  Reviewer's Signature _____  Date _____

Respondent's Name (Print) _____  Working Title _____  Reviewer's Name (Print) _____  Working Title _____

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | | Grievant's Signature    Date |

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**Exhibit- G -1**

Sent To lansing

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____     Grievance Identifier: | | | | | | | | | | | | |

| | |
|---|---|
| **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. | |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali Muthana | 283046 | WCC | Pod 10-19 | 5-24-23 | 6/29/23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 2-8-23/6-24-23
If none, explain why. I has Sent Complaint to the oMbudsman office, and I
Saw Alexis noffke and Samantha K. Twice both they From the
oMbudsman office, and I Explained to both of them  about what
Going on here at WCC Mental health, but Both the Covered up.!
State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I Ali Muthana, Is Subm-
itting this Grievance solely against Alexis Noffke oMbudsman Analyst
and Samantha K. oMbudsman Analyst, For Covering up the Investigation
of the excessive Force and abusing and Mistreatmint of the Ment-
ally ill prisoners at WCC Mental health Facility. I Sent Complaint
to the oMbudsman office, but while I Saw the above named Analy-
st the Cover up the Investigation and twisted the prisoners words
and Made up things that some prisoner told them, and I Give th-
em all the prisoners name who has been seriously assaulted by
the officers, and samantha K. told Me that She done mistake and
Saw Different prisoner beside prisoner Robert Bosse, who his arm
was Broked By Clo Frye, and I told her that Prisoner Bosse, Is
here next Cell to Me you Could Call him and talk to
him, but She Refused to talk to Bosse, and all that Is Cover up, etc

Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No    If No, give explanation. If resolved, explain resolution.)

this Grievance Is  Sent to the
Internal Affair Lansing on 6/29/23

| Respondent's Signature | | Date | Reviewer's Signature | | Date |
|---|---|---|---|---|---|
| Respondent's Name (Print) | | Working Title | Reviewer's Name (Print) | | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | | Grievant's Signature     Date |

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Exhibit- H-1

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I __10 / 5 / 2013__   Grievance Identifier: __W C C | 1 3 | 0 1 | 0 0 8 4 | 9 | 0 2 6 A__

> **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali Muthana | 283046 | WCC | Pod 2-16 | 9/25/2013 | 9/30/2013 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 9/25/27/2013
If none, explain why. I has told CO Z. Phillips, Told him To stop Beating on Me at The time of The Incident but he never stop he keep Beating on Me until he Knocked Me out, and I talk, To him on other time why he beat Me up and he Stated To Me I will do it again If you FUCK up Fuck Boy. |

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I Ali Muthana, Is Filing This Grievance Solely against CO Z. Phillips, For open My Cell Door at 6:40 AM For The porter To assault Me, and For Beating Me up, on the above date CO Z. Phillips, open My Cell Door For The porter and The Porter Come Inside My Cell and hit Me on My head Many time untill he knocked Me out, and he open My Cell Door Intentionally For the porter To assault Me, and While I Retaliated against The porter and I beat him up CO Z. Phillips, order Me to stop and Get on the Ground Which I did stop Beating The porter and I Get on My stomach and Z. phillips and CO Meek, Get on Me and Z. Phillips, start beating Me up while I am on My stomach on The Ground he keep hit Me on The Back of My head Many time until he Knocked Me out, and I suffered of pain and Dizziness For Month, and he wrote on Me Ticket For ~~Assaulting~~

Grievant's Signature

~~assaulted the porter but he never write the porter Ticket For assaulted Me,~~

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No   If No, give explanation. If resolved, explain resolution.)

I don't Receive any Respond From step one Grievance, and I'am at The hospital For Two week In and out and I don't have chance To File step Two appeal, They Fired the porter But they do-not do anything about what phillips, done to Me.

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| | | | |

| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |
|---|---|---|---|
| | | | |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One: Goldenrod — Grievant

**Exhibit- I-1**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I **12|22|22** Grievance Identifier: **WCC220120969026A**

| Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali Muthana | 283046 | WCC | Pod 7-17 | 12-11-22 | 12-17-22 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **12-16-2022**
If none, explain why. **I has Asked CMO J. Gonzalez, on 12-16-22 Why You beat Me up while I am In Coma on 12-11-22 while you sent Me to the hospital, and he stated to me you will Get More If you will keep Go to to the hospital everyday?!**

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. **I Ali Muthana, Is submitted this Grievance solely against CMO J. Gonzalez, For using excessive Force on Me, on 12/11/22 I was so sick suffering From My heart and I End up to Coma inside My Cell, and I sent to the hospital by Ambulance, and while I am half way to the hospital I woke up From My Coma, and I am Bleeding From My nose and the pain Is all over My Face and Ribs he Broked My nose and beat Me on My Ribs, and tied the Black Box on My hand to the bone which Is the hand Cuff and Forced My hand against My stomach with the Chain, and I am In the pain that I never have In My life From the Black Box, and while I Come back, From the hospital to the prison I Asked the unit officers what has happen to Me and who Beat Me up the Bruising Is all over Me and My nose. My name Is Broking, and they stated Is not us Is your Friend Gonzalez, etc.**

Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

**I did not Receive any Respond For this step one Grievance, and I Requested step two Appeal Grievance Form and the Grievance Coordinator never send Me any Form to Appeal.**

Respondent's Signature _____ Date _____ Reviewer's Signature _____ Date _____

Respondent's Name (Print) _____ Working Title _____ Reviewer's Name (Print) _____ Working Title _____

| Date Returned to Grievant: | | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**Exhibit- I-2**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: _____

Grievance Identifier: |W|C|C|2|2|0|1|2|0|9|6|9|0|2|6|A|

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: __WCC__
__GC_____ by __02/17/23__. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali Muthana | 283046 | WCC | Pod7-17 | 12-11-22 | 2-10 23 |

**STEP II — Reason for Appeal** I did not receive any Respond From Step,1 Grievance, and they all the time throwed My Grievances away and I don't H. the Right For Due process and I'am still suffering From Broking nose and My Ribs and My hand From the Black Box. and Gonzalez Beat Me Up while I'am In COMa suffering From My heart, and Gonzalez, he have history OF Beating Mentally ill prisoners.

**STEP II — Response**

I did not Receive any Respond From Step two Grievance Appeal

Date Received by Step II Respondent:

_____   _____   _____
Respondent's Name (Print)      Respondent's Signature        Date

Date Returned to Grievant:

**STEP III — Reason for Appeal**

I don't Appeal to step three because I Just have this Copy and I don't want to Loss it.!

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

Exhibit-J-1

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I __5/12/2014__   Grievance Identifier: __W C C 0 1 4 0 5 0 6 1 4 0 2 6 A__

> **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Ali MuThana | 283046 | WCC | pdd 9-7 | 5-4-2014 | 5-8-2014 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? __5-4-7-2014__
If none, explain why. I has told officer J. Gonzalez, To Stop Beating Me up at The time of the Incident but he keep Beating on Me while I am on the Top The bed In Restraints, and I talk To him at other time, why he Beat Me up While I am on the top of The bed and he stated Fuck you arab. (

State problem clearly. Use separate grievance form for each issue. Additional pages using plain paper may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.13 I, Ali MuThana, Is submitted This Grievance Solely against CO J. Gonzalez, For using excessive Force on Me while I am on the top of the bed In Restraints, on The above Date I am on the top of The bed In Restraints and Co Gonzalez, with Co Price Come to Check My Restraints, and Gonzalez, Told price To close the Curtain To Make The Camera not To see, and he start beating on Me While I am on the top of The bed In Restraints he keep hit Me on My Face Many Time Broked My nose. Cut My eyes socket open and Mess up all My Face The Blood Is all over My Face and The bed, and the Blood Go down My Throat because I am lying on My Back on The bed In Restraints, and I told L.T. Molay, about What Gonzalez, done to Me and he saw My Face Is Mess up and he saw The blood, but he dont do anything about it, Ali MuThana and I Suffered on the top of The bed with out any Medical Treatment.

Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

I did not Receive any Respond From step one Grievance, and I Request step Two Grievance appeal but The Grievance Coordinator never sent Me one, and every one Covered up about This Matter. !

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One: Goldenrod — Grievant

**Exhibit-K-1**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I **11 / 28 / 2018** Grievance Identifier: **WCC 018 01 1649026A**

~~Be brief and concise in describing your grievance issue.~~ If you have any questions concerning the grievance ~~procedure, refer to~~ PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| MARCUS KRAGNESS | 435118 | WCC | 3-17- | 11-10-19 2018 | 11-24-2018 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **11-10-19-2018**
If none, explain why. I HAS Told BoTHE OFFICERS To STOP CHOCKE ME WHILE I'AM ON THE TOP OF THE BED IN RESTRAINTS AND I TOLD THE RESPOND TEAM TO STOP HIT MY HEAD ON THE WALL.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I MARCUS KRAGNESS IS FILING THIS GRIEVANCE AGAINST CO KIMBERLY, AND THE RESPOND TEAME, ON 11-10-19-18 WHILE I'AM ON THE TOP OF THE BED IN RESTRAINTS CO KIMBERLY CHOCKED ME FOR MORE THEN FIVE MUNITE UNTIL I PASS OUT AND HE HURT MY THROAT SO BAD I CANT EAT FOR WEEK, AND ON THE SAME WEEK THE RESPOND TEAME COME AND RUSHED ME WHILE I'AM IN MY CEII AND THEY PUT ME IN THE HAND CUFF TO MY BACK AND ONE OF THE OFFICER KEEP HIT MY HEAD ON THE WAII UNTIL HE OPEN MY EYE SOCKET AND BROKED MY NOSE AND SENT ME TO *Kragness* THE CLINIC TO GET STITCHES ON MY EYE SOCKET.ETC.

*Grievant's Signature*

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

I DID NOT FILE STEP TWO I REQUESTED STEP TWO GRIEVANCE FORM FROM THE G.C. bUT HE DON'T SENT ME ONE

| Respondent's Signature | | Date | Reviewer's Signature | | Date |
|---|---|---|---|---|---|

| Respondent's Name (Print) | | Working Title | Reviewer's Name (Print) | | Working Title |
|---|---|---|---|---|---|

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Exhibit-L-1

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247  10/94
CSJ-247A

Date Received at Step I  3/28/22   Grievance Identifier: WCC|2|2|0|3|0|1|4|5|2|0|2|6|A

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Richard Miles | 690831 | WCC | 8-9B | Feb Jan 2-8-22 | 3-21-22 |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date?
If none, explain why. Stay humble about word of choies due to the fact that I was not trying to receive any more ticket for no reson on my intrest

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I have been treaded with cruel and unusal con-duct. I have Been lied on and about my word of choice that I used. I was Jumped on and Beat up By a officer name -powers in pod 7 room 20. I even was promise nothing was going to happen if I got medicate *Richard Miles*

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No   If No, give explanation.  If resolved, explain resolution.)

Issue will be addressed and handled administratively

| Respondent's Signature | Date 3/28/22 | Reviewer's Signature M Godfrey | Date 3/31/22 |
|---|---|---|---|
| Respondent's Name (Print) Mikat | Working Title CC | Reviewer's Name (Print) Godfrey | Working Title DWIS |

| Date Returned to Grievant: 4/11/22 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

1 od 7-16

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRISONER/PAROLEE GRIEVANCE FORM**

# Exhibit- M-1



4835-4247  10/94
CSJ-247A

Date Received at Step I  1-4-22   Grievance Identifier: ⌐M C 4 2 2 0 1 0 ; 9 3 1 2 E 1 ┐

~~your grievance issue. If you~~
~~02.130 and OP 03.02.130 available in the~~

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Joshua Paradine | 674226 | UCC | Pod 7-16 | 2-27-31-2021 | 12/31/2021 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 12/31/2021

If none, explain why. I told Nurses, Capt, sgt, Lt on every shift, every day
Capt, sgt, Lt, staff members about my face Beeing swollen and a Broke
Nose from a Beeing punch in The head By C/o Phillips

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

On 12-27-31-2021, I told Every Nurse That work All day
at every med Lines about my face Beeing swollen on Right
Side and Broken Nose, I Also told capt, sgt's Lt's, They Just
caught me for getting into w/ one of There staff member or Coro
They Vilated The Policy 03-04.100 w.w. which states staff shall
Respond in accordence w/PD 03.04.125 medical Emergenica
whenever a person is Determind to Be in need of Emergancey medical
attention and viked Policy 03.04/00 #X X#4 File to SRP please
if Not I will File up crueluy lawsuit [signature] P 28 26 cc
                                        Grievant's Signature

---

**RESPONSE** (Grievant Interviewed?   ☐ Yes   ☐ No   If No, give explanation. If resolved, explain resolution.)

---

| [signature] | 1/26/22 | [signature] | 1/27/22 |
|---|---|---|---|
| Respondent's Signature | Date | Reviewer's Signature | Date |
| [signature] | UNI | R. Harbaugh | HUM |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: 2.4.22 | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF
CORRECTIONS

 Exhibit M-2

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| Paradine | 674226 | Pod 7/B-16 | WCC-22-01-0119-312E1 |

| Prisoner Interviewed: | YES ☐ | NO ☒ | If "NO", Reason: | 1193 |
|---|---|---|---|---|
| Extension Granted: | YES ☐ | NO ☒ | If "YES", Enter End Date: | Click or tap to enter a date. |

**COMPLAINT SUMMARY:**
12/31/2021 I told Nurses, Capt; Sgt, Lt on every shift, everyday Capt, Sgt, Lt staff members about my face beening swollen and a broken nose from being punch in the head by c/o Z. Phillips. On 12/27-12/31/21 I told every n urse that work all day at every med lines about my face being swollen on right side and broken nose. I also told Capt, Sgt's, Lt's they just laugh at me, for getting into w/one of there staff mmember or corr officer. They vilated the policey 03.04.125 Medical emergentcies when ever a person is determined to be in need of emeenticey medical attention and vilted Policy D. 03.04.100#x #4 file to step 1 please if not I will file uncruelluy lawsuit.

**INVESTIGATION SUMMARY:**
All relevant information within the electronic medical record has been reviewed. A kite was placed on 12/31/21 and processed on 1/1/2022. Inmate was seen by Dr. Herro on the pod on 12/29/2021 at 18:51 and by N.P Razal at 2000. Inmate was again seen on 1/12/2022 by NP Onyango. X-ray examination was completed on 1/14/2022 and was scanned and reviewed on 1/24/2022 by NP Onyango.

**APPLICABLE POLICY, PROCEDURE, ETC.:**
Michigan Department of Corrections P.D. 03.04.100

**DECISION SUMMARY:**
Grievance denied. Inmate was seen on 4 different dates with a follow up of his Xray on 1/24/2022. The Medical Provider is the medical authority and is responsible to manage the treatment plan of the patient. If further treatment/consultation is indicated the Medical Provider will initiate this at the time of assessment or during a medical chart review.

| RESPONDENT NAME: | Amy LaCott RNM | TITLE: | RN Manager |
|---|---|---|---|
| RESPONDENT SIGNATURE: | | DATE: | 1/26/2022 |
| REVIEWER NAME: | HUM Harbaugh | TITLE: | HUM |
| REVIEWER SIGNATURE: | | DATE: | 1/26/2022 |

**Distribution:** Original - Step I Grievance Coordinator    Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

**Exhibit N-1**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I **1/6/2022**    Grievance Identifier: **WCC 2201 01 19 026A**

| **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |
|---|

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Joshua Paradine | 674-226 | WCC | Pod 7-15 | 12/26/21 | 12/29/21 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **12/26/2021**
If none, explain why. I has told CMO Z. Phillips, Many time to stop beat Me up but he never stop, he knocked Me three time, and keep beat Me While I'am on the Floor In Consciousness, and at the time I'am suffering From MY Mental illness, and he hurt Me,
State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I, Joshua Paradine, Is submitted this Grievance solely against CMO Z. Phillips, For using excessive Force on Me, on 12/26/2021 I'am suffering From MY Mental illness I don't know what I'am doing, and CMO Z. Phillips, beat Me up he knocked Me out three time and keep beat Me up While I am on the Floor In Consciousness, he Broked My Jaw nose and blow up My Both eyes and Mess up all My Face he keep hit Me on the Back OF My head Many time and My Face While I'am on the Floor, the Blood Is all over From My nose and My eyes socket, and all My Face Is swelled, and My eyes I Cant even see, and I'am suffering From Dizziness I Cant stand up, with out any Medical treatment, and all that is violation to policies PD-03-03-130 Human treatment and PD-02-03-100 Employee Displine, and to My Right is human,...

Grievant's Signature

RESPONSE (Grievant Interviewed?   ☐ Yes   ☐ No      If No, give explanation.  If resolved, explain resolution.)

*Prisoner Goldenrod Copy*
*Grievant*

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One: Goldenrod — Grievant

**Exhibit - N - 2.**



Grievance Iden. WCC-22-01-1192-26A

GRETCHEN WHITMER
GOVERNOR

**STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS**
LANSING

HEIDI E. WASHINGTON
DIRECTOR

April 11, 2022

Joshua Paradine #674226
c/o MAXEY/WOODLAND CORRECTIONAL FACILITY

RE: AIM #39653

Dear Joshua Paradine,

Your complaint from Dec/2021 regarding employee PHILLIPS has been investigated and found to lack sufficient information, or evidence, to support your allegation(s).

Thank you for bringing your complaint to our attention.

Sincerely,

*Kevin Smith*

Kevin Smith, Acting Manager
Internal Affairs Section
Department of Corrections

KS/jg

cc:   Warden DeAngelo-Roelofs
       Assistant Deputy Director Brewer

*this Is step three Grievance Respond. Incident date 12/26/21, Grievance of Step one Filed on 12/27/21 against CMo Z. Phillips.*

**EXHIBIT-0-1**

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER/PAROLEE GRIEVANCE FORM   Date De [0 [2022]   CS-247A

Date Received at Step I  **9/29/2022**  Grievance Identifier: **W|C|C|2|0|2|2|0|9|2|0|9|4|2|6|A**

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance
procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| MiKel Smith | 750337 | WCC | Pod 7-15 | 8-29-22  9-22-22 | 9/26/22 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **8|29|2022**
If none, explain why. I has told CMO Gonzalez, To stop Beat Me up at the
time of the Incident, But Is no other time that I talk about this
Matter To Gonazalez, because Is no need to talk about this the
Damage and suffer has been Done to me by Gonzalez Intentionaly

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I MiKel Smith, Is su-
bmitted this Grievance against CMO J. Gonzalez, For using
excessive Force on Me, on 8|29|22 I'am In the Cage suffering from
My Mental illness and I'M In the Restraints I'M no harm to Any-
one and Seargean Micclan, with J, Gonzalez, other Four officers
come to Get Me out the Cage, and they Jump on Me and put Me
on the Grond, and J. Gonzalez, hold on Me with My hair and
keep hit My head on the Grond or Ground until he split the
Back of My head open and he keep hit Me on My Face Many time
until he Cut the top of My eyes open and Mess up all My Face
and sent Me to the hospital To Get Many stitches on My eye soc-
Ket, and on 9/22/22 They Beat Me up 'Mess up all My Face and
open My eyes Socket again The Blood Is ALL over My Smith,
the floor and I don't do Anything to any one and I'M In pain.

Grievant's Signature  M Smith

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No   If No, give explanation. If resolved, explain resolution.)

I did not Receive any Respond for step one
Grievance, and They Covered up This Incident
and allow them officers To beat Me Many
time and I'am Mentally Ill Prisoner.

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: | White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**EXhibit-O-2**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: _____

Grievance Identifier: |W|C|C|2|2|0|9|0|2|0|9|4|0|2|6|A|

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_____ by _____. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Mikel Smith | 750337 | WCC | Pod 7-15 | 8-29-22 9-22-22 | 11-11-22 |

**STEP II** — Reason for Appeal I did not Receive any Response From step one Grievance, capt. Tipa saw Me on 11-9-22 about this Grievance, and every one Covering up about this Matter, From sergeant To Grievance Coordin, and captain, and I don't Receive any Justice For My pain and suffer or any action has been Taking against CMO Ganzalez, and I still suffering From pain and Dizzness and May I have Braing Damage Because CMO Gonzalez, hit My head against the Ground Many time untilI Pass out WHile I am laying on My Back on the Ground I'm in pain.

**STEP II** — Response

Date Received by Step II Respondent:

I did not Receive any Respond From step Two Grievance Appeal To The Warden, She Covering up this Assaultife her self beacaus She allow It To happen

Date Returned to Grievant:

| Respondent's Name (Print) | Respondent's Signature | Date |
|---|---|---|

**STEP III** — Reason for Appeal I did not Receive any Respond From step one or two Grievances Appeal To The Warden, I has saw Captain Tipa about step one Grievance but every one Covering Up This assault on Me, and I am still suffer From pain In My head and Dizzness From What CMO J. Gonzalez, done

**NOTE:** Only a copy of this appeal and the response will be returned to you. To Me on 8/29/22

**STEP III** — Director's Response is attached as a separate sheet. and I has sent To hospital, etc.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

**EXhibit-O-3**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247  10/94
CSJ-247A

Date Received at Step I **9/16/2022**     Grievance Identifier: **WCC 022 09 02 03 12 6 N**

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Mikel Smith | 750337 | WCC | Pod 7-15 | 9-8-22 | 9-12-22 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **9-8-9-2022**
If none, explain why. I has Reported the Incident to Ms. Smith, QMHP
Many time and I told her that I beated up so badly
By CMO J. Gonzalez, and Sent to the hospital to Get some
treatment, but She Dan't Care and I told her that I have pain.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I Mikel Smith, Is su-
bmtting this Grievance Solely against Ms. Smith, QMHP
For not Reported My beat up by CMO J. Gonzalez, on
8-29-2023 I keep told My QMHP Ms. somith that I beated
So badly by the officer and I told her that I sent to the
hospital to Get Some treatment For My Injury, and I want
her to Report the Incident To the warden or even to the
State Police and To the unit chief Ms. tryfry, but each
time she told She already Did but she never Did and She
Covered up For the officer Gonzalez, who beat Me up
and Sent Me to the hospital and Caused Me Pain and a-
Lot of Suffer, and all this Is Violated PD-04-06-180, N Smith
Mental Health paragraph U. and PD-03-03-130, Human T. F.P.

Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No     If No, give explanation. If resolved, explain resolution.)

by Muthana I Filed this Grievance For somith but
I don't Know what has happen to this Grievance
because they Moved smith away From Me to
Defferent Pod but I Kept his Grievance Copy. (

| Respondent's Signature | | Date | Reviewer's Signature | | Date |
|---|---|---|---|---|---|
| Respondent's Name (Print) | | Working Title | Reviewer's Name (Print) | | Working Title |

| Date Returned to Grievant: | | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**Exhibit-P-1**

Sent To Lansing

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____ Grievance Identifier: | | | | | | | | | | | | | |

**Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Robert J. Bosse | 579362 | WCC | Pod 10-15 | 3-13-23 | 3-20-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 3/13/2023
What was the result? Explain why. I has wrote a letter, To Warden Jodi D'Angelo, on 3/13/23 and I dont Receive any Respond, and I. has talk To her about this Matter and I told her that her CMO Frye Broked My arm, and She Saw Me Wearing Sling To hold My arm and she Dont Care about Me.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted in a timely fashion according to, and in accordance with, the time limits of OP 03.02.130. I, Robert Bosse, Is Filing This Grievance solely against Warden Jodi DeAngelo, For allow her CMO Frye, Broke My arm and she do-not do anything about it and she know about this Incident becase I wrote To her and she talk To Me and Saw Me Wearing Sling To hold My hand up, and she Asked Me What happen To My hand and I told her That her CMO Frye, Broked My arm with out any Reason and he don't have the Rights To Broke My arm, and Ward DeAngelo, She dont Care like I'am animal To her, She don't Punished her officer for what he done To Me and that Is serious crims To Broke My arm, and I'am suffering every Day From pain In My arm I cant Reach to My Mouth To eat or Take a shower with out any Pain, and all this Is violated PD-03-03-130 Paragraphs, I. 1 To 6 and J. and PD-02-03-100,E.D.

Grievant's Signature J. Bosse

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No     If No, give explanation. If resolved, explain resolution.)

this Grievance Sent to the Internal Affair, Lansing, on 3/20/2023

Respondent's Signature _____ Date _____  Reviewer's Signature _____ Date _____

Respondent's Name (Print) _____  Working Title _____  Reviewer's Name (Print) _____  Working Title _____

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Exhibit- Q-1

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I `1 6 16`     Grievance Identifier: `W C C 1 6 0 1 0 6 4 3 9 0 2 6 A`

**Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Robert Bosse | 579362 | WCC | POD 5-16 | 12-15-15 | 12-28-15 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 12/15/2015
If none, explain why. I has told OFFicer Frye, Many time at the time of the incident to stop Twist My hand behind My Back but he keep said to Me I will Broke the arm you Fat stinkey Pig and keep Forced My hand behind My Back until he Brok.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I Robert Bosse is submitted this Grievance solely against officer Frye. For using Excessive force on Me and Broked My arm. on 12-15-15 I am in the Day Room and CO Frye told Me that I am stink like pig and I need to take Shower, and I told him tha I don't take shower, and he Just Jammed Me on the Floor and he Ge on Me with other officer and he start twisted My hand behind My Back and Forced My hand all way to the Back and keep scream let Me Go you hurt Me and he keep said I will Broke the arm you stinkey Fat Pig. and he keep Twist My arm until he Broked, and caused Me Pain and suffer and I am Mentally ill person, and he Broked My arm. R. Bosse. I Intentionally and I don't Do anything to him or any one. etc.

Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

THIS ISSUE WILL BE HANDLED ADMINISTRATIVLEY
BY THE WARDEN OFFICE

| Respondent's Signature | Date 1/17/16 | Reviewer's Signature | Date 1-20-16 |
|---|---|---|---|
| Respondent's Name (Print) | Working Title GTC | Reviewer's Name (Print) | Working Title D. Warden |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**EXHIBIT - Q-2**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247  10/94
CSJ-247A

Date Received at Step I __7/19/23__   Grievance Identifier: __WCC 23 07 00 6 26 6 12 E 1__

| Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |
|---|

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Robert Bosse | 579362 | WCC | Pod 10-15 | 7-9-23 | 7-11-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **See Following Date** If none, explain why. *I has Kited health Care on 7-9-23, 6-22-23, 3-28-23, 3-23-23, 3-15-23, 3-11-23, and I saw the nurses Many times in the unit and the Clinic about the pain in MY Right arm, and I keep Asked the nurses And in MY Kites to put Me see the Doctor*

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. *I Robert Bosse, Is sub-Mitted this Grievance solely against Aguirre, sharon, RN For Denied Me Access to the Doctor and treatment, I sent a kites to health Care Many times Complaining about serious pain In MY Right arm From where was Broked by CMO Frye, and I Asked to see the Doctor In MY kite Which I sent on 7-11-23, and I Received the same Respond by RN sharon, Stated that I have too see the nurse befor Is see the Doctor, and and I Make It Clear In MY Kite Which I sent that you keepp-ut Me See The Nurse and I need See the Doctor For the Pain Which I have In MY Right arM, and I'am suffered From this Pain with out any treetment For the past one year, and all this Is Clear violation to PD-03-04-100, RIP osseou health Care, and PD-03-03-130, human treatment For Prisoner, etC.*

Grievant's Signature

RESPONSE (Grievant Interviewed?  ☐ Yes  ☐ No    If No, give explanation. If resolved, explain resolution.)

*Step Two was Requested but No Respond From the Grievance Coordinator, to Appeal To Step Two.!*

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| *R Ba* | 7/18/23 | *Rhonda Bonham* | 7/19/23 |
| **Rhonda Bacon** | **RNM** | *R Harbaugh* | **HUM** |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant



MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Grievant's Last Name | Number | Lock Location | Grievance # |
|---|---|---|---|
| Bosse | 579362 | P10/C15 | WCC-23-07-0062-6012E1 |

| Prisoner Interview | YES ☐ | NO ☒ | If Not, Reason | Prisoner description allowed response from record. |
|---|---|---|---|---|
| Interview Conducted | YES ☐ | NO ☐ | If YES, Enter End Date | IF "YES", Enter End Date |

**GRIEVANT STATEMENT:**

I Rober Bosse is submitting this grievance solely against Aguirre, Sharon RN for denied me access to the doctor and treatment. I sent kites to health care many times complaining about serious pain in my right arm from where it was broked by CMO Frye and I asked to see the doctor in my kite which I sent on 7/11/2023 and I received the same response by Sharon stated that I have too see the nurse before I see the doctor. I make it clear in my kite which I sent that you keep put me to see the nurse and I need to see the doctor for the pain which I have in my right arm, and I am suffered from this pain without any treatment for the past one year, and all this is a clear violation to PD 03.04.100 and PD 03.03.130 Human treatment for prisoners.

**INVESTIGATION SUMMARY:**

Prisoner health records reviewed. Kite sent by prisoner on 7/11/2023 requesting to be seen for pain in arm. Kite was responded to on 7/11/2023 by Sharon Agurrie RN stating per protocol prisoner will be seen by clinic nurse for an assessment and will be refferred to provider if warrented. Prisoner was seen in clinic on 7/17/2023 by clinic nurse and a MP RNR was submitted. Prisoner also has a chronic care visit schedule for 7/24/23.

**APPLICABLE POLICY/PROCEDURE, ETC.:**

PD 03.04.100 healthcare services

**DECISION SUMMARY:**

All records have been reviewed and prisoner grievance is denied. Sharon Aguirre RN followed protocol for prisoner kites and priosner was schedule to be seen in clinic per protocol. Disagreement with process/protocol does not constitute a denial of care.

| RESPONDENT NAME | Rhonda Bacon | TITLE | RNM |
|---|---|---|---|
| RESPONDENT SIGNATURE | | DATE | 7/18/2023 |
| REVIEWER NAME | Richard Harbaugh | TITLE | HUM |
| REVIEWER SIGNATURE | | DATE | 7/18/2023 |

**Distribution:** Original - Step I Grievance Coordinator    Copies - 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

COPY #1-OF-2

Prisoner Name: Ali Musaid Muthana
Prisoner Number: 283046
WOODLAND CENTER CORRECTIONAL FACILITY
9036 E. M-36
Whitmore Lake, MI 48189

United States District Court
For the eastern District of Michigan
office of the Clerk
Theodore Levin United StatesCourthaus
231 West Lafayette Blvd. Room 564
Detroit, Michigan 48226

COPY # 2 - OF-2

United states District Court
For the Eastern District of Michigan
office of the Clerk

Theodore Levin United State Courthous
addr. 231 West Lafayette Blvd, Room 564
Detroit, Michigan 48226

Prisoner Name: _Ali Mulsaid Muthana_
Prisoner Number: _283046_
WOODLAND CENTER CORRECTIONAL FACILITY
9036 E. M-36
Whitmore Lake, MI 48189



Legal Mail

$ 008.50⁰

U.S. MARSHELS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

Mr. Musaid Multhana #283046
Woodland Correctional Facility
9036 East M-36
Whitmore Lake, Mich. 48189



Legal Mail

U.S. MARSHALS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD - ROOM 564
DETROIT, MICHIGAN 48226

Ali Musaid Muthana #283046
Woodland Correctional Facility
9036 East M-36
Whitmore Lake, Mich. 48189